**Marlon BRAMWELL, Plaintiff— Appellant,**

v.

**FEDERAL PRISON INDUSTRIES, Defendant—Appellee.**

No. 05–7694.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 26, 2006.

Marlon Bramwell, Appellant Pro Se.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

Marlon Bramwell appeals the district court's orders dismissing his petition filed

pursuant to 28 U.S.C. § 2241 (2000), which the district court construed as a complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and dismissed under 28 U.S.C. § 1915A(b) (2000), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bramwell v. Fed. Prison Indus.*, Nos. CA–05–460–7; CA–03–2065 (W.D.Va. July 19 & Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*